IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 13-cr-00430-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AMI LYN THOMPSON,

    Defendant.

## ORDER

**Blackburn, J.**

On October 18, 2013, Ms. Thompson filed her notice of appeal of the **Judgment in a Criminal Case** entered October 8, 2013, by United States magistrate judge, David L. West. This order is entered to schedule a status conference to discuss the appellate procedure to be used during this appeal.

**THEREFORE, IT IS ORDERED** that counsel for the parties shall contact the administrative assistant of the court at 303-335-2350 on October 31, 2013, at 10:00 a.m. (MDT), to set a status conference in this matter.

Dated October 23, 2013, at Denver, Colorado.

                                        BY THE COURT:

                                        Robert E. Blackburn
                                        United States District Judge